

**THOMAS G. BRUTON**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
327 SOUTH CHURCH STREET
ROCKFORD, ILLINOIS 61101

815-987-4354

October 25, 2022

Circuit Court 17th Judicial Circuit
Boone County
1212 Logan Ave.
Belvidere, IL 61008

RE: Wigginton v. State Of Illinois et. al.
USDC No.:   22 C 50361
Other Court No.:   21CM81

Dear Clerk:

A certified copy of an order entered on 10/25/22 by the Honorable Judge Reinhard  remanding the
above-entitled case back to the 17th Judicial Circuit Court is herewith transmitted to you for your files.

Sincerely yours,

Thomas G. Bruton

By: _____
       Paul Gianesin, Deputy Clerk

